[No. 4394–II.   Division Two.   February 11, 1981.]

THE STATE OF WASHINGTON, *Respondent,* v. JACKIE
CERISE ANDRES, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce
County, No. A–793686, Thomas A. Swayze, Jr., J., entered
October 16, 1979. *Affirmed* by unpublished opinion per
Pearson, J., concurred in by Reed, C.J., and Petrie, J.

[No. 4081–II.   Division Two.   February 11, 1981.]

DEWILEY HOLEMAN, ET AL, *Appellants,* v. THE CITY
OF LONG BEACH, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Pacific
County, No. 19240, Herbert E. Wieland, J., entered May 1,
1979. *Affirmed* by unpublished opinion per Pearson, J.,
concurred in by Reed, C.J., and Petrie, J.

[No. 9227–8–I.   Division One.   February 17, 1981.]

THE STATE OF WASHINGTON, *on the Relation of Julie
Anne Haaga, Respondent,* v. JEFFREY LAWRENCE
KLINKER, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. D–90738, Jerome M. Johnson, J., entered
October 1, 1979. *Reversed* and *remanded with instructions*
by unpublished opinion per Corbett, J., concurred in by
Callow and Durham, JJ.